UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60542
_____

TRINITY INDUSTRIES, INC.,

Petitioner,

versus

OCCUPATIONAL SAFETY AND HEALTH
REVIEW COMMISSION, ELAINE CHAO,
Secretary of Labor, United States
Department of Labor,

Respondents.

_____

Petition for Review of Final Order of
The Occupational Safety and Health Review Commission
Docket #00-2167
_____

May 24, 2002

Before KING, Chief Judge, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered the appeal of Trinity
Industries in light of the briefs, the excellent oral argument, and
pertinent portions of the record. Having done so, we find no
reversible error of fact under the substantial evidence test and no

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

errors of law. Accordingly, the final order of the OSHRC is AFFIRMED.